&JS 45 (5/97) - (Revised USDC MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**　　**Category No.** I　　**Investigating Agency** DEA

**City** Boston　　**Related Case Information:**

**County** Suffolk
- Superseding Ind./ Inf. _____   Case No. _____
- Same Defendant _____   New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number   See Attached Sheet
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: ANDRES COVELLI CADAVID　　Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: a.k.a. "Don Andres", a.k.a. Andres Torres Landiness

Address: (City & State) Colombia

Birth date (Yr only): 1963　SSN (last4#): ____　Sex: M　Race: Hispanic　Nationality: Colombia

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Neil J. Gallagher, Jr.　　Bar Number if applicable: _____

**Interpreter:** ☑ Yes ☐ No　List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested　☐ Regular Process　☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**　☐ Complaint　☐ Information　☑ Indictment

**Total # of Counts:**　☐ Petty　☐ Misdemeanor　☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/12/2011　　Signature of AUSA: _____

JS 45 (5/97) (Revised USDC MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ANDRES COVELLI CADAVID

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1956(h) | Conspiracy to Launder Money | 1 |
| Set 2 | 18 USC 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011