2094405

# UNITED STATES DISTRICT COURT

for the
District of Massachusetts

FILED IN CLERK'S OFFICE 2012 MAR 9 P 2:20
U.S. DISTRICT COURT DISTRICT OF MASS.

RECEIVED S. MARSHALS SERVICE BOSTON, MA
2011 MAY 12 P 4:08

United States of America
v.
ANDRES COVELLI CADAVID
*Defendant*

Case No. 11-CR-10187 PBS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANDRES COVELLI CADAVID,
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:
Conspiracy to Launder Money in violation of Title 18, United States Code, Section 1956(h)

Date: May 12, 2011

City and state: Boston, MA

*Issuing officer's signature*, USMJ

Honorable Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/2/2012

_____
*Arresting officer's signature*

_____
*Printed name and title*